IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ROBERTO BARBOSA COTTO
MILAGROS GARCIA MELENDEZ
    DEBTOR(S)

**AMENDED DOCUMENT**

CASE NO. 19-04043-MCF
CHAPTER 13

## TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 6/17/2020

With respect to the above-referred payment plan with a base of $20,745.00 the Trustee Renders the following recommendation:

[ ] FAVORABLE      [X] UNFAVORABLE

The liquidation value of the estate is $: 0.00

The general unsecured pool is $: 0.00

The applicable commitment period (years) is: 5

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. **[X] OTHER:**

**Pending to amend schedule I an J according to current income and expenses**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 7/2/2020

<u>ROBERTO FIGUEROA</u>
COUNSEL FOR DEBTOR(S)

<u>/s/ Pedro R Medina</u>
Pedro R Medina
USDC #226614

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-LV