IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:

ROBERTO BARBOSA COTTO

MILAGROS GARCIA MELENDEZ

xx-xx-5572

xx-xx-6614

            Debtor(s)

CASE NO. 19-04043-MCF13

Chapter 13

FILED & ENTERED ON MAR/18/2026

ORDER

The Chapter 13 Trustee is to file an informative motion, within 21 days, indicating the status of the case and whether the plan has been completed by the Debtors.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of March, 2026.

Mildred Caban Flores
United States Bankruptcy Judge