IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ROBERTO BARBOSA COTTO

MILAGROS GARCIA MELENDEZ

xx-xx-5572

xx-xx-6614

       Debtor(s)

CASE NO. 19-04043-MCF13

Chapter 13

FILED & ENTERED ON APR/13/2026

ORDER

The Trustee's motion in compliance (docket #62) is noted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13 day of April, 2026.

Mildred Caban Flores
United States Bankruptcy Judge